Case 3:18-cv-04002-CRB   Document 67   Filed 03/09/20   Page 1 of 3

Entered on Docket
March 10, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

KASOWITZ BENSON TORRES LLP
MARGARET ZIEMIANEK (SBN 233418)
  *mziemianek@kasowitz.com*
EDWARD E. SHAPIRO (SBN 326182)
  *eshapiro@kasowitz.com*
101 California Street, Suite 3000
San Francisco, California 94111
Telephone:   (415) 421-6140
Facsimile:    (415) 398-5030

KASOWITZ BENSON TORRES LLP
ROBERT M. NOVICK (*PRO HAC VICE*)
  *rnovick@kasowitz.com*
1633 Broadway, 21st Floor
New York, New York 10019
Telephone:   (212) 506-1700
Facsimile:    (212) 506-1800

Attorneys for Plaintiff Leap Tide Capital Management, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>DIADEXUS, INC.,<br><br>Debtor. | Case No. 18-CV-04002-CRB<br><br>(Bk. No. 16-30654-HLB – Ch. 7) |
| LEAP TIDE CAPITAL MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LORI RAFIELD; LEONE PATTERSON; ELIZABETH HUTT POLLARD; JAMES R. SULAT; JOHN J. SPERZEL; KAREN DREXLER; and JOHN T. CURNUTTE,<br><br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** : ORDER<br><br>Hon. Charles R. Breyer |

1  By and through their respective undersigned counsel, Plaintiff Leap Tide Capital Management,
2  LLC ("Plaintiff") and current and former defendants Leone Patterson, Kenneth C. Fang, Adeoye
3  Olukotun, Elizabeth Hutt Pollard, James R. Sulat, John J. Sperzel, John T. Curnutte, Karen Drexler and
4  Lori Rafield ("Defendants") hereby stipulate and agree as follows:

5  WHEREAS, the parties have agreed to a settlement of this matter;

6  PLAINTIFF AND DEFENDANTS HEREBY STIPULATE, by and through their respective
7  counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss the above-
8  captioned matter with prejudice. This stipulation and dismissal terminates the above-captioned action
9  against all parties. Each party shall bear its own costs and attorneys' fees.

10                                              Respectfully submitted,

11  Dated: March 5, 2020                        KASOWITZ BENSON TORRES LLP

12                                              By:  /s/ Robert M. Novick
                                                     Robert M. Novick
13
                                                1633 Broadway
14                                              New York, NY 10019
                                                Telephone: 212.506.1700
15                                              Facsimile: 212.506.1800

16                                              *Attorneys for Plaintiff*

17

18  Dated: March 5, 2020                        FENWICK & WEST LLP

19                                              By:  /s/ Susan S. Muck
                                                     Susan S. Muck
20
                                                555 California Street, 12th Floor
21                                              San Francisco, CA 94104
                                                Telephone: 415.875.2300
22                                              Facsimile: 415.281.1350

23                                              *Attorneys for Defendants*

24

25

26

27

28

1   Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

2   Dated: March 5, 2020                KASOWITZ BENSON TORRES LLP

3                                       By: /s/ Robert M. Novick
                                            Robert M. Novick
4
                                        1633 Broadway
5                                       New York, NY 10019
                                        Telephone: 212.506.1700
6                                       Facsimile: 212.506.1800

7                                       *Attorneys for Plaintiff*

9   Date: March 9, 2020

**IT IS SO ORDERED**

*/s/ Judge Charles R. Breyer*

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

---

3                                                           18-CV-04002-CRB
                                                            *Stipulation of Dismissal*